Margaret Wolf, as Administratrix of the Estate of Phelix O'Brien, Deceased, Appellant, *v.* George Kaufmann et al., Respondents.

(Submitted September 29, 1930; decided October 7, 1930.)

*Clarence S. Zipp* for motion.

No one opposed.

Motion granted and appeal dismissed, with costs and ten dollars costs of motion.